Shauna M. DeLuca, Esq.
**HASBANI & LIGHT, P.C.**
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (212) 643-6677
Email: sdeluca@hasbanilight.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE CASTLE (CAYMAN) LTD., | Docket No.: |
| *Plaintiff,* | 24-cv-00953-ARL |
| *vs.* | |
| DAVID JONES; JACQUELINE CALLAHAN; PRINCIPIS CAPITAL, LLC; TOPROCK FUNDING, LLC; INCORPORATED VILLAGE OF LYNBROOK; THE PEOPLE OF THE STATE OF NEW YORK; NASSAU COUNTY DISTRICT ATTORNEY; TOWN OF OYSTER BAY TAX COLLECTOR; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint, | **CLERK'S CERTIFICATE OF DEFAULT** |
| *Defendants.* | |

I, Brenna B. Mahoney, Clerk of Court of the United States District for the Eastern District of New York, do hereby certify that the Defendants, DAVID JONES; JACQUELINE CALLAHAN; PRINCIPIS CAPITAL, LLC; TOPROCK FUNDING, LLC; INCORPORATED VILLAGE OF LYNBROOK; THE PEOPLE OF THE STATE OF NEW YORK; NASSAU COUNTY DISTRICT ATTORNEY; and TOWN OF OYSTER BAY TAX COLLECTOR (the "Defendants") have not filed an answer or otherwise moved with respect to the Complaint filed herein. The default of the Defendants are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York        Brenna B. Mahoney, Clerk of Court
        _____, 2024

                                        By: _____
                                                    Deputy Clerk